

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00060-CV

**In the Interest of S.T.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-15371
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: April 22, 2020

DISMISSED FOR LACK OF JURISDICTION

On March 10, 2020, the trial court clerk filed a notification of late record, stating that the appellant had failed to pay or make arrangements to pay the fee for preparing the clerk's record. In response, we ordered appellant to provide written proof to this court on or before March 26, 2020, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant was entitled to appeal without paying the clerk's fee. We warned that if appellant failed to file an appropriate response within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court). Appellant failed to file an appropriate response. Therefore, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

PER CURIAM